JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 812 -- In re Monoclonal Antibody Patent Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 89/06/19 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS AND CERT. OF SVC. -- Coulter Corporation and Coulter Electronics, Inc. for transfer of certain claims and counterclaims -- SUGGESTED TRANSFEREE DISTRICT: D. Massachusetts (ds) |
| 89/06/19 | 2 | MOTION TO FILE BRIEF UNDER SEAL W/MEMORANDUM IN SUPPORT OF MOTION -- filed by Coulter Corporation and Coulter Electronics, Inc. -- GRANTED (ds) |
| 89/06/30 | | APPEARANCES -- KENNETH E. MADSEN, ESQ. for Dana-Farber Cancer Institute, et al.; EDWARD F. MULLOWNEY, ESQ. for Coulter Corporation and Coulter Electronics, Inc. (ds) |
| 89/06/30 | 3 | RESPONSE (to pldg. #1 -- deft. Ortho Diagnostic Systems, Inc. w/cert. of svc. (ds) |
| 89/06/30 | | APPEARANCE -- STEPHEN B. JUDLOWE, ESQ. for Ortho Pharmaceutical Corp. and Ortho Diagnostic Systems, Inc. (ds) |
| 89/07/14 | 4 | REPLY -- Coulter Corporation and Coulter Electronics, Inc. -- w/Exhibits A-C and cert. of svc. (rh) |
| 89/08/22 | | HEARING ORDER -- Setting motion of Coulter Corp. and Coulter Electronics, Inc. for transfer of A-1 and A-2 for hearing on September 28, 1989 in Boston, Massachusetts. Notified involved counsel, judges, and clerks. (rew) |
| 89/09/28 | | HEARING APPEARANCES (for Panel hearing held in Boston, Massachusetts on Sept. 28, 1989): EDWARD MULLOWNEY, ESQ. for Coulter Corp. and Coulter Electronics, Inc.; STEPHEN JUDLOWE, ESQ. for Ortho Diagnostic Systems, Inc.; KENNETH MADSEN, ESQ. for Dana-Farber Cancer Institute, et al. (cds) |
| 89/10/05 | | ORDER DENYING TRANSFER -- Notified involved clerks, judges, counsel and misc. recipients. (ds) |
| 12/12/96 | | Sent letter to Edward Mullowney in reference to pldg. #4 exhibits being shredded. |
| 12/26/96 | | Shredded exhibits of Reply Pldg..#4. (vmc) |

JPML Form 1

Revised: 8/78

DOCKET NO. 812 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE MONOCLONAL ANTIBODY PATENT LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| Sept. 28, 1989 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | Oct. 5, 1989 | MO | Unpublished | | | |

Special Transferee Information

DATE CLOSED: October 5, 1989

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 812 -- In re Monoclonal Antibody Patent Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Ortho Diagnostic Systems, Inc. v. Coulter Corporation, et al. v. Ortho Pharmaceutical Corporation | S.D. Fla. Nesbitt | 86-2060 | | | | |
| A-2 | Dana-Farber Cancer Institute, et al. v. Johnson & Johnson, Inc., et al. | D. Mass. Nelson | 88-0318-N | | | | |

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 812 -- In re Monoclonal Antibody Patent Litigation

---

ORTHO DIAGNOSTIC SYSTMES, INC. (A-1)

Stephen B. Judlowe, Esquire
Hopgood, Calimafde, Kalil,
  Blaustein & Judlowe
60 East 42nd Street
New York, New York  10165

DANA-FARBER CANCER INSTITUTE,
ET AL. (A-2)
Kenneth E. Madsen, Esquire
Kenyon & Kenyon
One Broadway
New York, New York  10004

COULTER CORPORATION
COULTER ELECTRONICS, INC.
Edward F. Mullowney, Esquire
Fish & Neave
875 Third Avenue
New York, New York  10022-6250

ORTHO PHARMACEUTICAL CORPORATION
JOHNSON & JOHNSON

Stephen B. Judlowe, Esquire
(listed above)

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 812 -- In re Monoclonal Antibody Patent Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Coulter Corporation | A-1 |
| Coulter Electronics, Inc. | A-1 |
| Ortho Pharmaceutical Corporation | A-1, A-2 |
| Johnson & Johnson, Inc. | A-2 |
| Ortho Diagnostics Systems, Inc. | A-2 |

JPML FORM 3

p. 1