JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

OCT -5 1989

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 812

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE MONOCLONAL ANTIBODY PATENT LITIGATION

Ortho Diagnostic Systems, Inc. v. Coulter Corporation, et al., S.D. Florida, C.A. No. 86-2060
Dana-Farber Cancer Institute, et al. v. Johnson & Johnson, Inc., et al., D. Massachusetts, C.A. No. 88-0318-N

ORDER DENYING TRANSFER

This litigation consists of the two above-captioned actions pending in the Southern District of Florida and the District of Massachusetts. Before the Panel is a motion, pursuant to 28 U.S.C. §1407, by Florida action defendants Coulter Corporation and Coulter Electronics, Inc., seeking i) transfer of the Florida action to the District of Massachusetts for centralized pretrial proceedings with the action pending there; and ii) simultaneous remand to the Southern District of Florida of certain claims and counterclaims in the Florida action deemed not related to the Massachusetts action.

On the basis of the papers filed and the hearing held, we find that Section 1407 transfer would neither serve the convenience of the parties and witnesses nor further the just and efficient conduct of the litigation. Given the minimal number of actions before us, movants have failed to persuade us that any common questions of fact that may be involved in these actions are sufficiently complex, and that the accompanying discovery will be so time-consuming, to justify Section 1407 transfer. See In re Scotch Whiskey Antitrust Litigation, 299 F.Supp. 543, 544 (J.P.M.L. 1969). Furthermore, we point out that suitable alternatives to transfer exist in order to minimize the possibility of duplicative discovery and/or conflicting pretrial rulings. See, e.g., In re Eli Lilly and Company (Cephalexin Monohydrate) Patent Litigation, 446 F.Supp. 242, 244 (J.P.M.L. 1978). See also Manual for Complex Litigation, Second, §31.13 (1985).

IT IS THEREFORE ORDERED that the motion for transfer pursuant to 28 U.S.C. §1407 be, and the same hereby is, DENIED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman